## Kaeir's Estate.

*Practice, Supreme Court—Appeals—Interlocutory order—Quashing appeal.*

Where the orphans' court dismisses exceptions to an account with a further order that a "decree of distribution be prepared in accordance with the views expressed in this opinion," such order is merely interlocutory, and no appeal can be taken until the decree is absolutely confirmed.

Argued Feb. 18, 1919.  Appeal, No. 226, Jan. T., 1919, by Emily Amelia Kaeir et al., from decree of O. C. Schuylkill Co., Sept. T., 1916, No. 2, dismissing exceptions to an executor's account in estate of Margaret C. Kaeir, deceased.  Before BROWN, C. J., STEWART, MOSCHZISKER, WALLING and KEPHART, JJ.  Appeal quashed.

Exceptions to account of an executor.

*Errors assigned* were in dismissing exceptions to the account.

*Edmund D. Smith,* with him *James J. Moran* and *J. H. Garrahan,* for appellants.

*A. D. Knittle,* with him *T. H. B. Lyon* and *D. W. Kaercher,* for appellees.

*G. H. Gerber,* with him *W. P. Ramsay,* for Marie F. Elliott, appellee.

*Jno. F. Whalen,* with him *George Ellis,* for Josephine Haughney, appellee.

PER CURIAM, March 24, 1919:

After dismissing the exceptions to the account of the appellees, the order of the court was, "Let a decree of distribution be prepared in accordance with the views expressed in this opinion."  Until such decree is absolutely confirmed there will be no final action by the court below from which an appeal will lie.  What has been appealed from is merely interlocutory: Hoyt's Est., 232 Pa. 189.

Appeal quashed.